IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
JAN 2 1 2026
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INDICTMENT |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 5:26 CR 00033 |
| ) | Title 21, United States Code, |
| SARA BLACK, ) | Sections 841(a)(1), |
| TYRONE LOWE, ) | (b)(1)(A)(viii) and 846; Title 18, |
| BRANDON TATE, ) | United States Code, Section 2 |
| ) | |
| Defendants. ) | |

JUDGE LIOI

COUNT 1
(Conspiracy to Distribute Methamphetamine, 21 U.S.C. § 846)

The Grand Jury charges:

1. On or about August 28, 2025, in the Northern District of Ohio, Eastern Division, Defendants SARA BLACK, TYRONE LOWE, and BRANDON TATE did knowingly and intentionally combine, conspire, confederate, and agree together and with each other, and with diverse others known and unknown to the Grand Jury, to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 846 and 841(a)(1), (b)(1)(A)(viii).

COUNT 2
(Distribution of Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii))

The Grand Jury further charges:

2. On or about August 28, 2025, in the Northern District of Ohio, Eastern Division, Defendants SARA BLACK, TYRONE LOWE, and BRANDON TATE did knowingly and intentionally distribute 500 grams or more of a mixture and substance containing a detectable

amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(A)(viii) and Title 18, United States Code, Section 2.

## FORFEITURE

The Grand Jury further charges:

  3. The allegations of Counts 1 and 2 are hereby re-alleged and incorporated by reference as if fully set forth herein for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853. As a result of the foregoing, Defendants SARA BLACK, TYRONE LOWE, and BRANDON TATE shall forfeit to the United States, all property constituting or derived from, any proceeds they obtained, directly or indirectly, as the result of such violations; and all property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations

            A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.